UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Pulse Network LLC** | § | |
| | § | |
| *versus* | § | Civil Action 4:14-cv-03391 |
| | § | |
| **Visa Inc.** | § | |

### DEFENDANT VISA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Visa moves to dismiss Pulse's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, because Pulse fails to allege antitrust injury, antitrust standing, or foreclosure of a substantial share of a relevant market.

In support of its motion, Visa submits:

1. Memorandum in Support;

2. Appendix — Glossary of Debit Terms; and

3. Proposed Order of Dismissal.

Dated January 23, 2015               Respectfully submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

By:       /s/ *Lee L. Kaplan*
      Lee L. Kaplan
      Attorney-in-Charge
      State Bar No. 11094400
      S.D. Id. No. 1840
      700 Louisiana, Suite 2300
      Houston, Texas 77002
      (713) 221-2323
      (713) 221-2320 (fax)
      Email:   lkaplan@skv.com

**ATTORNEY-IN-CHARGE FOR
VISA INC.**

498741.1

OF COUNSEL:

**KEKER & VAN NEST LLP**
John W. Keker (*pro hac vice* pending)
Asim M. Bhansali
S.D. Id. No. 22670
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Fascimile   (415) 397-7188
Email:      jkeker@kvn.com
Email:      amb@kvn.com

**ARNOLD & PORTER LLP**
Mark R. Merley (*pro hac vice* pending)
555 12th Street, N.W.
Washington, DC 20004
Telephone:(202) 942-5000
Facsimile: (202) 942-5999
Email:      mark.merley@aporter.com

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of (1) Defendant Visa's Motion to Dismiss for Failure to State a Claim, (2) Memorandum in Support, (3) Appendix — Glossary of Debit Terms, and (4) Proposed Order of Dismissal via the Court's CM/ECF system per Local Rule 5.1 on the 23rd day of January, 2015.

                                               /s/ *Lee L. Kaplan*
                                                Lee L. Kaplan

498741.1