UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pulse Network LLC | § | |
| | § | |
| *versus* | § | Civil Action 4:14-cv-03391 |
| | § | |
| Visa Inc. | § | |

## JOINT AGREED MOTION TO RESCHEDULE HEARING

Pulse and Visa respectfully request that the hearing currently set for June 12, 2017 be rescheduled and set on July 11, 2017. The brief postponement will enable the parties to accommodate third-party First Data Corporation's schedule, so that the court-ordered deposition can take place on June 22, 2017, and then the parties can promptly appear before the Court to discuss status and next steps. If the proposed date is incompatible with the Court's schedule, the parties respectfully request a brief conference with the Court to discuss scheduling.

Dated May 25, 2017                                         Respectfully submitted,

                                      **BECK REDDEN LLP**

By:   */s/ David Beck*
        David J. Beck
        Attorney in Charge
        State Bar No. 00000070
        1221 McKinney Street, Suite 4500
        Houston, Texas 77010
        (713) 951-6209
        (713) 951-3720 (fax)
        Email: dbeck@beckredden.com

**ATTORNEY IN CHARGE FOR PULSE NETWORK LLC**

**OF COUNSEL:**

| | |
|---|---|
| **BECK \| REDDEN L.L.P.** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Geoff A. Gannaway | Jennifer M. Selendy (pro hac vice) |
| Texas State Bar No. 24036617 | Richard I. Werder, Jr. (pro hac vice) |
| Federal I.D. No. 37039 | Steig Olson (pro hac vice) |
| 1221 McKinney, Suite 4500 | 51 Madison Avenue, 22nd Floor |
| Houston, Texas 77010-2010 | New York, New York 10010 |
| Telephone: (713) 951-3700 | Telephone: (212) 849-7000 |
| Facsimile: (713) 951-3720 | Fax: (212) 849-7100 |
| ggannaway@beckredden.com | jenniferselendy@quinnemanuel.com |
| | rickwerder@quinnemanuel.com |
| **KIRKLAND & ELLIS LLP** | |
| William Pratt P.C. (pro hac vice) | **KIRKLAND & ELLIS LLP** |
| 601 Lexington Avenue | Michael S. Becker (pro hac vice) |
| New York, NY 10022 | 655 15th Street, N.W. |
| Telephone: (212) 446-4800 | Suite 1200 |
| Facsimile: (212) 446-4900 | Washington, D.C. 20005 |
| wpratt@kirkland.com | Telephone: (202) 879-5000 |
| | Facsimile: (202) 879-5200 |
| | Michael.becker@kirkland.com |

                    **SMYSER KAPLAN & VESELKA, L.L.P.**

By:    /s/ Lee Kaplan (with consent)
           Lee L. Kaplan
           Attorney-in-Charge
           State Bar No. 11094400
           S.D. Id. No. 1840
           700 Louisiana, Suite 2300
           Houston, Texas 77002
           (713) 221-2323
           (713)  221-2320 (fax)
           Email:   lkaplan@skv.com

           **ATTORNEY-IN-CHARGE FOR VISA INC.**

**OF COUNSEL:**

**KEKER & VAN NEST LLP**
John W. Keker (*pro hac vice*)
Asim M. Bhansali
S.D. Id. No. 22670
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile   (415) 397-7188
Email:   jkeker@kvn.com
Email:   amb@kvn.com

**ARNOLD & PORTER LLP**
Mark R. Merley (*pro hac vice*)
555 12th Street, N.W.
Washington, DC 20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999
Email:   mark.merley@aporter.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 25th day of May, 2017.

                                                                         */s/* David Beck