# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Sjoberg  ☐ Dryden  ☐ |
| DATE | 7-11-2017 |
| TIME | 10:01 a.m. — 11:12 a.m. |
| CIVIL ACTION | H — 14 — 3391 |
| STYLE | Pulse Network, LLC *versus* Visa, Inc |

DOCKET ENTRY

☐ Conference;  ☐ Hearing; _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Malone)

| Attorney | | Party |
|---|---|---|
| David Beck | for | ☒ Ptf. ☐ Deft. |
| Jennifer Selendy | for | ☒ Ptf. ☐ Deft. |
| Mike Becker | for | ☒ Ptf. ☐ Deft. |
| William Pratt | for | ☒ Ptf. ☐ Deft. |
| Richard Werder | for | ☒ Ptf. ☐ Deft. |
| Sami Rashid | for | ☒ Ptf. ☐ Deft. |
| Geoffrey Gannaway | for | ☒ Ptf. ☐ Deft. |
| John Keker | for | ☐ Ptf. ☒ Deft. |
| Lee Kaplan | for | ☐ Ptf. ☒ Deft. |
| Michael Rubin | for | ☐ Ptf. ☒ Deft. |
| Asim Bhansali | for | ☐ Ptf. ☒ Deft. |

☒ Order to be entered.
☒ Internal review set: September 25, 2017