| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2017
David J. Bradley, Clerk

| Pulse Network, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-14-3391 |
| | § | |
| Visa, Inc., | § | |
| | § | |
| Defendant. | § | |

## Scheduling Order

1. By August 15, 2017, Visa, Inc., may move.

2. By September 15, 2017, Pulse Network, LLC, may respond.

3. By September 20, 2017, Visa will tell the court if it wants to reply.

Signed on July 11, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge