## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Pulse Network LLC | § | |
| | § | |
| *versus* | § | Civil Action 4:14-cv-03391 |
| | § | |
| Visa Inc. | § | |

## DEFENDANT VISA'S MOTION FOR SUMMARY JUDGMENT

Visa moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. Undisputed material facts establish that Pulse lacks antitrust injury, that Visa's challenged debit strategies do not injure competition, or both.

In support of its motion, Visa submits:

1. Memorandum in Support;

2. Statement of Facts;

3. Declaration of Michael A. Rubin, Esq. and Exhibits thereto; and

4. Proposed Order.


Dated:  **August 15, 2017**                              **SMYSER KAPLAN & VESELKA, L.L.P.**

By:

Lee L. Kaplan
Attorney-in-Charge
State Bar No. 11094400
S.D. Id. No. 1840
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323
(713)  221-2320 (fax)
Email:   lkaplan@skv.com

**ATTORNEY-IN-CHARGE FOR
VISA INC.**

*Of Counsel*

John W. Keker (*pro hac vice*)
jkeker@kvn.com
Asim M. Bhansali
amb@kvn.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Fascimile   (415) 397-7188


Mark R. Merley (*pro hac vice*)
mark.merley@apks.com
Michael A. Rubin (pro hac vice)
michael.rubin@apks.com
**ARNOLD & PORTER KAYE
SCHOLER LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999