UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 24, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Pulse Network LLC, | § | |
| | § | |
| *versus* | § | Civil Action 4:14–cv–03391 |
| | § | |
| Visa Inc.. | § | |

## Order Setting Hearing

1. A hearing will be held before Lynn N Hughes on

    February 6, 2018
    at 10:00 AM
    Courtroom 11–C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will consider motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

    Signed on November 24, 2017, at Houston, Texas.

    _____
    Lynn N. Hughes    USDJ
    United States District Judge