UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Pulse Network, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-14-3391 |
| § | |
| Visa, Inc., § | |
| § | |
| Defendant. § | |

## Order Resetting Hearing

The hearing set January 31, 2018, has been reset to:

May 23, 2018,
at 10:00 a.m.
Courtroom 11-C, Eleventh Floor
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002.

Signed on January 23, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge