**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PULSE NETWORK LLC | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action 4:14-cv-3391 |
| | § | |
| VISA INC. | § | |
|     Defendant. | § | |

**PULSE'S NOTICE OF INTENT TO FILE REPLY IN SUPPORT OF MOTION TO GAIN ACCESS TO DISCOVERY VISA HAS ALREADY PRODUCED IN ANOTHER CASE**

Yesterday, Visa filed an Opposition to Pulse's motion to gain access to existing debit-related discovery that Visa has produced in another case. *See* Dkt. Nos. 212, 213. Pulse is preparing a short reply in support of its motion, which it will file by the close of business Wednesday, February 7, 2018. Pulse respectfully requests that the Court consider the reply before ruling on the motion.

February 6, 2018

Respectfully Submitted,

**BECK | REDDEN LLP**

/s/ David J. Beck
David J. Beck
Attorney-in-Charge
Texas State Bar No. 00000070
Federal I.D. No. 16605
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**
**PULSE NETWORK LLC**

**OF COUNSEL:**

| | |
|---|---|
| **BECK \| REDDEN L.L.P.**<br>Geoff A. Gannaway<br>Texas State Bar No. 24036617<br>Federal I.D. No. 37039<br>1221 McKinney, Suite 4500<br>Houston, Texas 77010-2010<br>Telephone: (713) 951-3700<br>Facsimile: (713) 951-3720 | **QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP**<br>Jennifer M. Selendy (pro hac vice)<br>Richard I. Werder, Jr. (pro hac vice)<br>Sami H. Rashid (pro hac vice)<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100 |
| **KIRKLAND & ELLIS LLP**<br>William H. Pratt P.C. (pro hac vice)<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 | **KIRKLAND & ELLIS LLP**<br>Michael S. Becker (pro hac vice)<br>655 15th Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail per Local Rule 5.1 on the 6th day of February, 2018.

                                                  /s/ David J. Beck
                                                    David J. Beck