# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Reiter  ☑ Dryden  ☐ |
| DATE | May 23, 2018 |
| TIME | 10:00 a.m. — 12:45 p.m. |
| CIVIL ACTION | H — 14 — 3391 |
| STYLE | Pulse Network, LLC versus Visa, Inc. |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  ____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Sanchez)

William Pratt _____ for  ☑ Ptf. ___  ☐ Deft. ___
Anne Sidrys _____ for  ☑ Ptf. ___  ☐ Deft. ___
Michael Becker _____ for  ☑ Ptf. ___  ☐ Deft. ___
Geoff Gannaway _____ for  ☑ Ptf. ___  ☐ Deft. ___
Jennifer Selendy _____ for  ☑ Ptf. ___  ☐ Deft. ___
David Beck _____ for  ☑ Ptf. ___  ☐ Deft. ___
Michael Rubin _____ for  ☐ Ptf. ___  ☑ Deft. ___
Lee Kaplan _____ for  ☐ Ptf. ___  ☑ Deft. ___

☐  All motions not expressly decided are denied without prejudice.
☑  **Evidence taken** [exhibits or testimony].
☐  Argument heard on:  ☐ all pending motions;  ☐ these topics: _____

☑  Motions taken under advisement: Visa's Motion for Summary Judgment
☑  Order to be entered.
☑  Internal review set: August 6
☐  Rulings orally rendered on: _____