| United States District Court | § | Southern District of Texas |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

Pulse Network, LLC,  §
  §
         Plaintiff,  §
  §
versus   §   Civil Action H-14-3391
  §
Visa, Inc.,   §
  §
         Defendant.  §

# Final Judgment

Pulse Network, LLC, does not have standing to sue. Pulse Network, LLC, takes nothing from Visa, Inc. (176)

Signed on August 31, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge