# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 27, 2022
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
April 5, 2022
Lyle W. Cayce
Clerk

No. 18-20669

PULSE NETWORK, L.L.C.,

*Plaintiff—Appellant,*

versus

VISA, INCORPORATED,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:14-CV-3391

Before SMITH, WILLETT, and DUNCAN, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED in part, REMANDED to the District Court for further proceedings in accordance with the opinion of this Court, and DIRECT the Chief Judge of the Southern District of Texas to assign the case to a different district judge.

Certified as a true copy and issued as the mandate on Apr 27, 2022

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 18-20669

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 27, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 18-20669    Pulse Network v. Visa  
                       USDC No. 4:14-CV-3391

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____  
                                      Christina A. Gardner, Deputy Clerk  
                                      504-310-7684

cc:  Mr. Cory L. Andrews  
     Ms. Linda C. Bailey  
     Mr. David J. Beck  
     Mr. Eric Franklin Citron  
     Mr. Paul D. Clement  
     Mr. Shannen Wayne Coffin  
     Mr. Geoff A. Gannaway  
     Mr. Seth David Greenstein  
     Ms. Allyson Newton Ho  
     Mr. Bradley G. Hubbard  
     Mr. Lee Landa Kaplan  
     Mr. John Watkins Keker  
     Ms. Erin Murphy  
     Mr. Russell S. Post  
     Mr. Michael Adam Rubin  
     Mr. Jacob T. Spencer  
     Mr. Andrew Tulumello