AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Pulse Network, LLC  
*Plaintiff*  
v.  
VISA, Inc.  
*Defendant*

Case No. 4:14-cv-03391

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pulse Network LLC

Date: 05/26/2022

*Attorney's signature*

Grant Jones, 24110065  
*Printed name and bar number*  
Kirkland & Ellis  
609 Main Street  
47th Floor  
Houston, Texas 77002  
*Address*

grant.jones@kirkland.com  
*E-mail address*

(713) 836-3347  
*Telephone number*

(713) 836-3601  
*FAX number*