AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas  ▼

| | | |
|---|---|---|
| Pulse Network, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:14-cv-03391 |
| VISA, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pulse Network LLC                                                                                    .

Date:     05/26/2022

/s/ *Olivia Adendorff*
*Attorney's signature*

Olivia Adendorff, 24069994
*Printed name and bar number*

Kirkland & Ellis
4550 Travis Street
Dallas, Texas 75205

*Address*

olivia.adendorff@kirkland.com
*E-mail address*

(214) 972-1758
*Telephone number*

(214) 972-1771
*FAX number*