AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| Pulse Network, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:14-cv-03391 |
| VISA, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pulse Network LLC.

Date: 06/13/2022

/s/ Rachael A. Rezabek
*Attorney's signature*

Rachael A. Rezabek, 24116956
*Printed name and bar number*

Kirkland & Ellis
4550 Travis Street
Dallas, Texas 75205
*Address*

rachael.rezabek@kirkland.com
*E-mail address*

(214) 972-1674
*Telephone number*

(214) 972-1771
*FAX number*