UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Pulse Network LLC

v.  Case Number: 4:14−cv−03391

Visa Inc.

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/23/2022

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   June 14, 2022

Nathan Ochsner, Clerk