IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PULSE NETWORK LLC | § § | |
| PLAINTIFF, | § § § | CIVIL ACTION 4:14-CV-03391 |
| v. | § § | |
| VISA INC. | § § § | |
| DEFENDANT. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO
CONTINUE STATUS CONFERENCE**

Plaintiff Pulse Network LLC ("Pulse") respectfully files this Unopposed Motion to Continue Status Conference, and would respectfully show the Court as follows:

On June 14, 2022, the Court set a status conference in this matter for June 23, 2022. Because counsel for Pulse have conflicts on June 23, 2022, Pulse respectfully requests that the Court continue the status conference to the morning of July 13, 2022, or another date convenient for the Court. We have conferred with counsel for Visa Inc., and they are unopposed to our request to move the hearing date and available on the morning of July 13, 2022.

**CONCLUSION AND PRAYER**

For these reasons, Plaintiff respectfully requests this Court continue the status conference set for June 23, 2022, to the morning of July 13, 2022, or another date convenient for the Court.

Dated: June 17, 2022

By:    /s/ David J. Beck
David J. Beck
Texas State Bar No. 00000070
Federal I.D. No. 16605
**BECK | REDDEN LLP**
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
(713) 951-3700
(713) 951-3720 (fax)
Email: dbeck@beckredden.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF PULSE NETWORK LLC**

**OF COUNSEL:**

**BECK | REDDEN LLP**
Geoff A. Gannaway
Texas State Bar No. 24036617
Federal I.D. No. 37039
ggannaway@beckredden.com
Garrett S. Brawley
Texas State Bar No. 24095812
Federal I.D. No. 3311277
gbrawley@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**KIRKLAND & ELLIS LLP**
James F. Hurst, P.C. (admitted pro hac vice)
Anne McClain Sidrys, P.C.
(admitted pro hac vice)
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2448

**KIRKLAND & ELLIS LLP**
Olivia Adendorff, P.C.
Texas State Bar No. 24069994
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1758

-3-

        **KIRKLAND & ELLIS LLP**
        Michael S. Becker (*admitted pro hac vice*)
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Telephone: (202) 389-5206

## CERTIFICATE OF CONFERENCE

Pulse has conferred with counsel for the Visa Inc. and they are unopposed to the relief sought in this motion.

        */s/David J. Beck*
        David J. Beck

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing instrument has been served through the Court's ECF system on June 17, 2022, on all counsel of record.

        */s/David J. Beck*
        David J. Beck