United States District Court
Southern District of Texas
**ENTERED**
July 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pulse Network LLC | § | |
| | § | |
| versus | § | Civil Action 4:14-cv-03391 |
| | § | |
| Visa Inc. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is an Unopposed Motion for Withdrawal of Counsel field by Defendant Visa Inc.  The Court GRANTS the Motion.  It is hereby ORDERED that John W. Keker, Asim M. Bhansali, and Mark R. Merley are withdrawn as counsel of record for Defendants Visa Inc.

Signed this 1st day of ___July___, 2022.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

1218966.1