# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PULSE NETWORK LLC | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | Civil Action No. 4:14-cv-03391 |
| VISA INC. | § § § | |
| DEFENDANT. | § | |

## NOTICE OF WRITTEN CONSENT TO AMEND

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendant Visa Inc. has provided written consent for Plaintiff to file an amended complaint in this matter.

Dated: August 29, 2022

Respectfully submitted,

**BECK REDDEN LLP**

By: /s/ *David J. Beck*
**David J. Beck**
dbeck@beckredden.com
Texas State Bar No. 00000070
Federal I.D. No. 16605
BECK | REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
(713) 951-6209 (Telephone)
(713) 951-3720 (Fax)
**ATTORNEY-IN-CHARGE FOR PULSE NETWORK LLC**

**OF COUNSEL:**

**Geoff A. Gannaway**
ggannaway@beckredden.com
Texas State Bar No. 24036617
Federal I.D. No. 37039
**Garrett Scott Brawley**
gbrawley@beckredden.com
Texas State Bar No. 24095812
Federal I.D. No. 3311277
BECK | REDDEN LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010

**James F. Hurst**
james.hurst@kirkland.com
Illinois Bar No. 6202190
**Anne McClain Sidrys**
asidrys@kirkland.com
Illinois State Bar No. 6209457
**Kate Walling**
kate.walling@kirkland.com
Illinois State Bar No. 6321681
KIRKLAND & ELLIS LLP
300 North LaSalle

(713) 951-3700 (Telephone)
(713) 951-3720 (Fax)

**Jess M. Krannich**
jess.krannich@kirkland.com
Illinois State Bar No. 6286635
Utah State Bar No. 14398
**Stephen Tensmeyer**
stephen.tensmeyer@kirkland.com
California State Bar No. 312030
Utah State Bar No. 18109
**Chris Mack**
chris.mack@kirkland.com
Utah State Bar No. 16094
KIRKLAND & ELLIS LLP
World Trade Tower
60 East South Temple
Salt Lake City, UT 84111
(801) 877-8100 (Telephone)
(801) 877-8101 (Fax)

**Michael S. Becker**
mbecker@kirkland.com
D.C. Bar No. 447432
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000 (Telephone)
(202) 289-5200 (Fax)

**William H. Pratt**
wpratt@kirkland.com
N.Y. Bar No. 2378727
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
(212) 446-4800 (Telephone)
(212) 446-4900 (Fax)

Chicago, IL 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Fax)

**Olivia Adendorff**
olivia.adendorff@kirkland.com
Texas State Bar No. 24069994
D.C. Bar No. 1718874
**Rachael A. Rezabek**
rachael.rezabek@kirkland.com
Texas State Bar No. 24116956
California State Bar No. 298711
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
(214) 972-1770 (Telephone)
(214) 972-1771 (Fax)

**Grant Jones**
grant.jones@kirkland.com
Texas State Bar No. 24110065
S.D. Tex. Id. No. 3378320
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3600 (Telephone)
(713) 836-3601 (Fax)

**J. Sterling Moore**
sterling.moore@kirkland.com
D.C. Bar No. 1617672
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100 (Telephone)
(512) 678-9101 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 29th day of August, 2022.

*/s/ Olivia Adendorff*
Olivia Adendorff
olivia.adendorff@kirkland.com
Texas State Bar No. 24069994
D.C. Bar No. 1718874
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
(214) 972-1770 (Telephone)
(214) 972-1771 (Fax)