United States District Court
Southern District of Texas
**ENTERED**
September 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PULSE NETWORK LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:14-cv-03391 |
| v. | § | |
| | § | |
| VISA INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant Visa Inc.'s ("Defendant") Unopposed Motion For An Extension Of Time To Respond To Plaintiff's First Amended Complaint. The Court has considered the motion and finds that it should be GRANTED.

It is therefore ORDERED that Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint shall be October 28, 2022.

It is so ORDERED.

September 9, 2022
Date

The Honorable Alfred H. Bennett
United States District Judge