Case 4:14-cv-03391 Document 333-1 Filed on 01/30/24 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PULSE NETWORK LLC, | § § § |
| Plaintiff, | § § Civil Action No. 4:14-cv-03391 |
| v. | § § |
| VISA INC., | § § § |
| Defendant. | § § § |

## AMENDED SCHEDULING ORDER

For good cause shown as set forth in the parties' Joint Motion for Extension of Discovery and Case Schedule, the Court hereby orders that the schedule in the above-captioned case shall be amended as set forth below:

| | | | |
|---|---|---|---|
| 1. | 5/31/2024 | | Deadline for document productions to be substantially complete. |
| 2. | 8/1/2024 | | Deadline for privilege logs as prescribed in the ESI Protocol (Docket No. 307); Third-party notice processes to be completed and related documents produced. |
| 3. | 11/4/2024 | | Deadline to serve Interrogatories, Requests for Admission, and Requests for Production (except the parties will meet and confer to propose at an appropriate time a post-discovery deadline for Requests for Admissions related to authenticity or business record qualification of documents to the extent those issues cannot be resolved by stipulation). |

| | | | |
|---|---|---|---|
| 4. | 1/30/2025 | | **CLOSE OF FACT DISCOVERY.** |
| 5. | Initial: 3/27/2025<br>Rebuttal: 8/25/2025 | | Deadlines for Plaintiff's Expert Disclosures & Reports. Disclosures to be made in accordance with an Expert Stipulation to be proposed by the parties. |
| 6. | 6/25/2025 | | Deadlines for Defendant's Expert Disclosures & Reports. Disclosures to be made in accordance with an Expert Stipulation to be proposed by the parties. |
| 7. | 10/9/2025 | | **CLOSE OF EXPERT DISCOVERY.** |
| 8. | Openings: 12/1/2025<br>Oppositions: 1/29/2026<br>Replies: 4/13/2026 | | Deadlines for Dispositive and *Daubert* Motions. |
| 9. | Openings: 5/18/26<br>Oppositions: 6/8/26<br>Replies: 6/15/26 | | Deadlines for Non-*Daubert* Motions *in Limine*. |
| 10. | 7/31/26 | | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date (where available, Defendant should supply Plaintiff with an electronic copy.) |

| | | |
|---|---|---|
| 11. | 8/14/26 | THE PLAINTIFF is responsible for filing the pretrial order on this date.<br><br>Deadline for pretrial disclosures, *voir dire* questions, and jury instructions. |
| 12. | 8/28/26 at 1:30 p.m. | **DOCKET CALL.** |
| 13. | 8/31/26 at 9:00 a.m. | **TRIAL.** |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on 2/6/24, at Houston, Texas.

_____
The Honorable Alfred H. Bennett
United States District Court Judge