United States District Court
Southern District of Texas
**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PULSE NETWORK LLC,<br>Plaintiff,<br><br>v.<br><br>VISA INC.,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>4:14-cv-03391 |

# ORDER

WHEREAS, Plaintiff PULSE Network LLC, having fully settled all of its claims against Defendant Visa Inc. in this action, by and through its undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that Plaintiff's claims and action against Defendant be dismissed with prejudice, and with each side to bear its own attorneys' fees and cost, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are DISMISSED WITH PREJUDICE, with each side to bear its own attorneys' fees and costs.

Dated: June 14, 2024

Respectfully submitted,

**BECK REDDEN LLP**

By: /s/ *David J. Beck*
    **David J. Beck**
    dbeck@beckredden.com
    Texas State Bar No. 00000070
    Federal I.D. No. 16605
    BECK | REDDEN LLP
    1221 McKinney Street, Suite 4500
    Houston, Texas 77010-2010
    (713) 951-6209 (Telephone)
    (713) 951-3720 (Fax)
    **ATTORNEY-IN-CHARGE FOR PULSE NETWORK LLC**

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Elizabeth Y. Ryan*
    **Elizabeth Y. Ryan**
    State Bar No. 24067758
    S.D. Tex. Bar No. 296733
    liz.ryan@weil.com
    WEIL, GOTSHAL & MANGES LLP
    200 Crescent Court, Suite 300
    Dallas, TX 75201
    (214) 746-7700 (Telephone)
    (214) 746-7777 (Fax)
    **ATTORNEY-IN-CHARGE FOR VISA INC.**

**OF COUNSEL:**
**Geoff A. Gannaway**
ggannaway@beckredden.com
Texas State Bar No. 24036617
Federal I.D. No. 37039
**Garrett Scott Brawley**
gbrawley@beckredden.com
Texas State Bar No. 24095812
Federal I.D. No. 3311277
BECK | REDDEN LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700 (Telephone)
(713) 951-3720 (Fax)

**Anne McClain Sidrys**
asidrys@kirkland.com
Illinois State Bar No. 6209457
**Daniel E. Laytin**
dlaytin@kirkland.com
Illinois State Bar No. 6257119
**Kate Walling**
kate.walling@kirkland.com
Illinois State Bar No. 6321681
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000 (Telephone)
(312) 862-2200 (Fax)

**Jess M. Krannich**
jess.krannich@kirkland.com
Illinois State Bar No. 6286635
Utah State Bar No. 14398
**Stephen Tensmeyer**
stephen.tensmeyer@kirkland.com
California State Bar No. 312030
Utah State Bar No. 18109
**Chris Mack**
chris.mack@kirkland.com
Utah State Bar No. 16094
KIRKLAND & ELLIS LLP
World Trade Tower
60 East South Temple
Salt Lake City, UT 84111
(801) 877-8100 (Telephone)
(801) 877-8101 (Fax)
**Michael S. Becker**
mbecker@kirkland.com
D.C. Bar No. 447432
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000 (Telephone)
(202) 289-5200 (Fax)

**William H. Pratt**
wpratt@kirkland.com
N.Y. Bar No. 2378727
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, N.Y. 10022
(212) 446-4800 (Telephone)
(212) 446-4900 (Fax)

**Eric S. Hochstadt**
eric.hochstadt@weil.com
**Luna Ngan Barrington**
luna.barrington@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000 (Telephone)
(212) 310-8007 (Fax)

**Olivia Adendorff**
olivia.adendorff@kirkland.com
Texas State Bar No. 1718874
D.C. Bar No. 1718874
**Rachael A. Rezabek**
rachael.rezabek@kirkland.com
Texas State Bar No. 24116956
California State Bar No. 298711
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
(214) 972-1770 (Telephone)
(214) 972-1771 (Fax)

**Grant Jones**
grant.jones@kirkland.com
Texas State Bar No. 24110065
S.D. Tex. Id. No. 3378320
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
(713) 836-3600 (Telephone)
(713) 836-3601 (Fax)

**Andrew S. Tulumello**
drew.tulumello@weil.com
**Mark A. Perry**
mark.perry@weil.com
**Chantale Fiebig**
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP 2001 M Street, NW, Suite 600
Washington, DC 20036
(202) 682-7000 (Telephone)
(202) 857-0940 (Fax)

**Sarah Sternlieb**
State Bar No. 24135687
S.D. Tex. Bar No. 3853729
sarah.sternlieb@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002
(713) 547-5000 (Telephone)
(713) 224-9511 (Fax)

**Anne P. Davis**
anne.davis@arnoldporter.com
**Matthew A. Eisenstein**
matthew.eisenstein@arnoldporter.com
**Michael A. Rubin**
michael.rubin@arnoldporter.com
**Karen C. Otto**
karen.otto@arnoldporter.com
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5000 (Telephone)
(202) 9425999 (Fax)

**SO ORDERED:**

SIGNED on _____ JUN 1 8 2024 _____, at Houston, Texas

_____
The Honorable Alfred H. Bennett
United States District Court Judge